IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | SEALED |
| | § | |
| v. | § | No. 4:20CR 308 |
| | § | Judge Mazzant |
| HALIL SIVRI | § | |

**INDICTMENT**

THE UNITED STATES GRAND JURY CHARGES:

**Count One**

FILED

OCT 15 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

Violation: 18 U.S.C. § 922(g)(5)
(Possession of a Firearm by an alien
illegally or unlawfully present in the
United States)

On or about March 5, 2020, in the Eastern District of Texas, the defendant, **Halil Sivri**, knowing that he was an alien illegally and unlawfully in the United States and had been admitted to the United States under a nonimmigrant visa, did knowingly possess in and affecting interstate and foreign commerce the following firearm: a Glock 9mm pistol.

In violation of 18 U.S.C. § 922(g)(5).

Indictment
Page 1

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of committing any offense under 18 U.S.C. § 922, as charged in this

Indictment, defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and

28 U.S.C. § 2461(c), all property used to commit or facilitate the offenses, proceeds from

the offenses, and property derived from proceeds obtained directly or indirectly from the

offenses, including but not limited to: a Glock 9mm pistol.

A TRUE BILL

_____
GRAND JURY FOREPERSON

STEPHEN J. COX
UNITED STATES ATTORNEY

_____
JAY R. COMBS
Assistant United States Attorney

10/15/2020
_____
Date

Indictment
Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | SEALED |
| | § | |
| v. | § | No. 4:20CR |
| | § | Judge |
| HALIL SIVRI | § | |

## NOTICE OF PENALTY

Violation:    18 U.S.C. § 922(g)(5)

Penalty:    Imprisonment for a term of not more than ten years; a fine not to exceed $250,000.00; and supervised release of not more than three years.

Special Assessment: $100.00

Notice of Penalty
Page 1